OPINION — AG — ** THIRD PARTY PRESCRIPTION ACT — RETIREMENT ** THE THIRD PARTY PRESCRIPTION ACT, 15 O.S. 781 [15-781] ET SEQ., IS PREEMPTED BY FEDERAL LAW INSOFAR AS IT BEARS UPON EMPLOYEE BENEFIT PLANS GOVERNED BY THE FEDERAL RETIREMENT INCOME ACT OF 1974. 29 U.S.C.A. 1001 (PHARMACEUTICAL GOODS, PHARMACY, INSURANCE PLANS, DRUGS, NOTICE, PRESCRIPTIONS, REIMBURSEMENT RATES, CONTRACTS, PREEMPTION, FEDERAL EMPLOYEES RETIREMENT INCOME ACT) CITE: 15 O.S. 781 [15-781], 15 O.S. 784 [15-784], 15 O.S. 785 [15-785](A), 15 O.S. 788 [15-788],29 U.S.C.A. 1144(A) (JOHN D. ROTHMAN)